UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| DONTAIE ALLEN, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2: 25-014-DCR |
| ) | |
| V. ) | |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | **ORDER** |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The plaintiffs have filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. [Record No. 5] Being sufficiently advised, it is hereby

**ORDERED** that this matter is **DISMISSED**, without prejudice, and **STRICKEN** from the docket.

Dated: March 24, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky